

ACCEPTED
15-25-00001-cv
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/13/2025 5:17 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/13/2025 5:17:48 PM
CHRISTOPHER A. PRINE
Clerk

**Dykema Gossett PLLC**
Comerica Bank Tower
1717 Main Street, Suite 4200
Dallas, TX 75201

WWW.DYKEMA.COM

Tel:  (214) 462-6400
Fax: (214) 462-6401

**Cliff P. Riley**
Direct Dial: (214) 462-6462
Direct Fax: (888) 482-8560
Email: CRiley@dykema.com

January 13, 2025                                      **Via E-Filing**

Christopher A. Prine
Clerk, Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711

Re:     Court of Appeals Number:  15-25-00001-CV
        Trial Court Case Number:  24-BC11A-0007

Style:  *TuSimple Holdings, Inc. v. Bot Auto TX Inc.*

Dear Mr. Prine:

On behalf of Appellant TuSimple Holdings, Inc., please accept the $205.00 amount submitted with this letter as payment of the filing fee due in this matter.

Thank you for your attention to matter.

Sincerely,

**Dykema Gossett PLLC**

*/s/ Cliff P. Riley*

Cliff P. Riley


cc:     Counsel of Record (via E-Filing)


California | Illinois | Michigan | Minnesota | Texas | Washington, D.C. | Wisconsin

4911-3896-2189.2

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jennifer Schmitt on behalf of Cliff Riley
Bar No. 24094915
jschmitt@dykema.com
Envelope ID: 96166976
Filing Code Description: Copy of Notice of Appeal
Filing Description: Letter to COA Clerk Christopher A Prine re payment of filing fee
Status as of 1/14/2025 7:16 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Cliff PRiley | | criley@dykema.com | 1/13/2025 5:17:48 PM | SENT |
| Christopher Kratovil | | ckratovil@dykema.com | 1/13/2025 5:17:48 PM | SENT |
| Isaac Villarreal | | ivillarreal@dykema.com | 1/13/2025 5:17:48 PM | SENT |
| Amanda Gordon | | agordon@dykema.com | 1/13/2025 5:17:48 PM | SENT |
| Sebastian Campos | | scampos@dykema.com | 1/13/2025 5:17:48 PM | SENT |
| Kathy Lowery | | klowery@dykema.com | 1/13/2025 5:17:48 PM | SENT |
| Lina Null | | lnull@dykema.com | 1/13/2025 5:17:48 PM | SENT |
| Jennifer Schmitt | | jschmitt@dykema.com | 1/13/2025 5:17:48 PM | SENT |
| Leisa Peschel | 24060414 | lpeschel@jw.com | 1/13/2025 5:17:48 PM | SENT |
| Victoria Emery | 24126228 | temery@jw.com | 1/13/2025 5:17:48 PM | SENT |
| Joseph AFischer, III | | tfischer@jw.com | 1/13/2025 5:17:48 PM | SENT |
| Richard Liu | | richard.liu@consultils.com | 1/13/2025 5:17:48 PM | SENT |